**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| KATHERINE FINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KNOWBE4, INC., JEREMIAH DALY, )<br>STEPHEN SHANLEY, KARA WILSON, )<br>GERHARD WATZINGER, KEVIN )<br>KLAUSMEYER, SHRIKRISHNA )<br>VENKATARAMAN, and SJOERD )<br>SJOUWERMAN, )<br>)<br>Defendants. )<br>) | Case No. 1:23-cv-00021-RGA<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  February 14, 2023                **LONG LAW, LLC**

                                              By:   */s/ Brian D. Long*
                                                    Brian D. Long (#4347)
                                                    3828 Kennett Pike, Suite 208
                                                    Wilmington, DE 19807
                                                    Telephone: (302) 729-9100
                                                    Email: BDLong@longlawde.com

                                                    *Attorneys for Plaintiff*